UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 08 B 00367
   ROBERT RODRIGUEZ
   MARIA RODRIGUEZ                        CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1957    SSN XXX-XX-1560
```

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1156.25 | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | UNSECURED | 5586.59 | .00 | .00 |
| US BANK/RETAIL PAYMENT | UNSECURED | 533.51 | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMSHER COLL | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS/CBSD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 342.63 | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITIONS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | SECURED VEHIC | 12000.00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | 43041.47 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,873.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00367 ROBERT RODRIGUEZ & MARIA RODRIGUEZ

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE